IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

MICHAEL D. O'GUIN,

    Petitioner,

v.

    NO. 1:05-0025
    JUDGE HAYNES

KEVIN MYERS, Warden,

    Respondent.

## ORDER

In accordance with the Memorandum filed herewith, the Respondent's motion to dismiss is **GRANTED**. The action is **DISMISSED** with prejudice. The Court declines to issue a Certificate of Appealability under 28 U.S.C. § 2253(c)(1).

This is the Final Order in this action.

It is so **ORDERED.**

**ENTERED** this the 9th day of February, 2006.

WILLIAM J. HAYNES, JR.
United States District Judge